DIANE C. WEIL
WEIL LAW FIRM
STATE BAR NUMBER 102922
5950 CANOGA AVENUE, SUITE 400
WOODLAND HILLS, CALIFORNIA 91436
TELEPHONE: (818) 651-6400
FACSIMILE: (818) 836-5689
EMAIL: dcweil@dcweillaw.com

[Proposed] Attorneys for David Seror
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>HENGAMEH ZADEH,<br><br>Debtor. | Case No.: 1:18-bk-12174-MT<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY COLDWELL BANKER AS REAL ESTATE AGENTS**<br><br>**[10218 Larwin Avenue, Unit 3, Chatsworth, California 91311]**<br><br>[LOCAL BANKRUPTCY RULES 2014-1(b) and FRBP 2014]<br><br>[No Hearing Required] |

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that David Seror, the Chapter 7 Trustee ("Trustee" or "Applicant") of the above-captioned bankruptcy estate of Hengameh Zadeh (the "Debtor") has filed his Trustee's Application to Employ Coldwell Banker as Real Estate Agents (the "Application"). By such Application, the Trustee seeks an order authorizing the employment of Coldwell Banker ("Coldwell") as real estate agents based upon the following:

1.  The instant case ("Bankruptcy Case") was commenced by the filing of a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on August 28, 2018 (the "Petition Date"). Shortly thereafter, the Trustee was duly appointed as the Chapter 7 Trustee, in which capacity he continues to serve.

2. Among the assets of the estate is certain real property located at 10218 Larwin Avenue, Unit 3, Chatsworth, California 91311 (the "Property"). While the Debtor has claimed a homestead exemption in the Property, a preliminary title report on the Property indicates that there are Federal Tax Liens recorded against the Property as follows:

    a. A Federal Tax Lien in favor of the United States of America in the initial amount of $49,137.38 and any other amounts due thereunder, recorded with the Los Angeles County Recorder on September 18, 2015 as Instrument No. 20151157764.

    b. A Federal Tax Lien in favor of the United States of America in the initial amount of $2,773.53 and any other amounts due thereunder, recorded with the Los Angeles County Recorder on November 3, 2017 as Instrument No. 20171268179.

The Trustee is informed and believes that payment of the tax liens and costs of administration including costs of sale, supersede the homestead exemption.

3. The Applicant further believes that in order to extract equity from the Property, it must be sold, and to find potential buyers, the employment of a real estate agent is customary and reasonable.

4. The Applicant desires to employ William Friedman ("Friedman") of Coldwell located at 2444 Wilshire Boulevard, #102, Santa Monica, California 90403, telephone number (310) 829-3939, and Steve Flores ("Flores") also of Coldwell, located at 9229 Sunset Boulevard, Suite 320 West Hollywood, California 90069, telephone number (323) 210-1422, to act as the Applicant's real estate agents ("Agents") to list and market the Property in order to obtain the highest price for the same. A detailed explanation of the services to be provided by the Agents is set forth in the declarations of William Friedman and Steve Flores attached to the Application.

5. The Applicant has selected Coldwell because they are established real estate agents with access to appropriate prospective buyers in the area where the Property is located. True and correct copies of the current resumes of William Friedman and Steve Flores are attached as **Exhibits "A"** and **"B"** to their respective declarations attached to the Application.

6. The Applicant believes that Coldwell is well qualified and experienced in marketing properties of this nature and, as a result, its employment as real estate agents is in the

2

1 | best interest of the estate.

2 |     7.    True and correct copies of the Exclusive Brokerage Agreement and its addendum concerning the Property (collectively, "Listing Agreement") are collectively attached as **Exhibit "C"** to the Declaration of William Friedman attached to the Application.

    8.    The proposed listing price of the Property is $510,000 ("Listing Price").

    9.    The Applicant desires to employ the Agents and the Agents agree to be so employed on a commission basis at the rate of six percent (6%) of the Listing Price (or of the purchase price) or such other compensation as fixed by the Court upon notice and a hearing. The exclusive employment of the Agents shall be for a period of six (6) months from the date of execution of the Listing Agreement.

    10.    The Applicant also seeks authorization from the Court to enter into the Listing Agreement with Coldwell and to extend or amend the agreement from time to time as he believes in his discretion to be appropriate under the circumstances without further notice or order of the Court.

    11.    To the best of the Applicant's knowledge, the Agents have no affiliation or association with the Debtors, their creditors, or any other party in interest or their respective attorneys or accountants.

    12.    To the best of the Applicant's knowledge, the Agents and their representatives represent no interest adverse to the Debtors or this estate in the matters upon which their employment is proposed for this estate.

**NOTICE IS HEREBY FURTHER GIVEN** that a copy of the full Application is on file with the Bankruptcy Court and may be viewed electronically by those having Pacer access, or during regular business hours in the Office of the Clerk of the Bankruptcy Court, 20141 Burbank Blvd., Woodland Hills, California 90012.

**NOTICE IS HEREBY FURTHER GIVEN** that pursuant to Local Bankruptcy Rule 9013-1, if you do not oppose the Application, you need not take any further action. However, if you do object, pursuant to Local Bankruptcy Rule 9013-(o)(1)(ii), objections and a request for hearing must be in writing, filed with the Court and served on counsel for the Trustee whose

1 | name and address appear in the upper left-hand corner of this notice and upon the Office of the
2 | United States Trustee located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017,
3 | **within 14 days after the date of Service of the Notice of Motion, plus an additional 3 days**
4 | **unless the Notice of Motion was served by personal delivery or posting as described in**
5 | **F.R.Civ.P. Rule 5(b)(2)(A)-(B).** If no written objection is received, no hearing will be held, and
6 | an order will be submitted for approval by this Court.

7 | DATED: February _14_, 2019            WEIL LAW FIRM

10 | By: _[signature]_

11 | Diane C. Weil
12 | Attorneys for David Seror
    | Chapter 7 Trustee

22 | Mailing Date: February _15_, 2019

4

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **5950 Canoga Avenue, Suite 400, Woodland Hills, CA 91367**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY COLDWELL BANKER AS REAL ESTATE AGENTS;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 15, 2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:

On (*date*) **February 15, 2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)           , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 15, 2019 | Cheryl Blair | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

Hengameh Zadeh
10218 Larwin Ave. Unit 3
Chatsworth, CA 91311-0109

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

SOOFER COMPANY INC
2828 ALAMEDA ST
LOS ANGELES, CA 90058-1347

Portfolio Recovery
Po Box 41021
Norfolk, VA 23541-1021

CMRE Financial Services
Attn: Bankruptcy
3075 E Imperial Hwy Ste 200
Brea, CA 92821-6753

Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Costco Go Anywhere Citicard
Citicorp Credit Services/Centralized Ban
Po Box 790040
St. Louis, MO 63179-0040

DWP
POB 51111
LOS ANGELES, CA 90051-5700

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

Discover Personal Loan
Attn: Bankruptcy
Po Box 30954
Salt Lake City, UT 84130-0954

ELLITE VOLLY BALL CLUB INC
20914 NORDHOFF ST
CHATSWORTH, CA 91311-5934

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

HUNTER COLUMBIA BUSINESS PARK LP
9401 WILSHIRE BL #1250
BEVERLY HILLS, CA 90212-2945

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Navient
Attn: Bankruptcy
Po Box 9000
Wiles-Barr, PA 18773-9000

Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155-6555

ROCKPOINTE HOA
9060 IRVIN CENTER DR #200
IRVINE, CA 92618-4623

SHAHNAM EBRAHIMI
C/O MOHAMMAD ALI TALAIE
800 W 6TH ST #1200
LOS ANGELES, CA 90017-2715

Syncb/care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/TJX
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Volkswagen Credit, Inc
Attn: Bankruptcy
Po Box 3
Hillboro, OR 97123-0003

Wells Fargo Home Mor
Attn Bankruptcy Dept
P.O. Box 10335
Des Moines, IA 50306-0335

Allan S Williams
Williams Law Group APC
21650 Oxnard St Ste 1910
Woodland Hills, CA 91367-7821