Josephine E. Salmon (SBN 206167)
jsalmon@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Movant*
WELLS FARGO BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>HENGAMEH ZADEH AKA HANGAMEH ZADEH,<br><br>Debtor. | Case No.    1:18-bk-12174-MT<br><br>Chapter    7<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Current Hearing Date**:<br>Date:  May 15, 2019<br>Time: 10:00 AM<br>Ctrm: 302<br>Judge: Honorable Maureen Tighe<br><br>**New Hearing Date:**<br>Date: August 7, 2019<br>Time: 10:00 a.m.<br>Ctrm: 302<br>Judge: Honorable Maureen Tighe<br><br>21041 Burbank Boulevard Woodland Hills, CA 91367-6606 |

This Stipulation to Continue Hearing on Motion for Relief from the Automatic Stay ("Stipulation") is entered into by and between David Seror, ("Trustee") solely in his capacity as the chapter 7 trustee for Hengameh Zadeh ("Debtor"), by and through his attorney of record, Diane C. Weil; and *movant* Wells Fargo Bank, N.A. ("Movant"), by and through its attorneys of record,

- 1 -
CASE No. 1:18-bk-12174-MT
**STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF**

1. Josephine E. Salmon of Aldridge Pite, LLP.

2. WHEREAS, on August 28, 2018, Debtor commenced this case by filing a voluntary petition under chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq.;

3. WHEREAS, on April 11, 2019 Movant filed a Motion for Relief from the Automatic Stay (the "Motion for Relief"), which was set for hearing on May 15, 2019;

4. WHEREAS, the parties have agreed to continue the hearing on the Motion for Relief subject to the terms and conditions stated herein.

**NOW THEREFORE**, it is hereby stipulated by and between the parties, through their undersigned counsel of record, subject to approval of the Court, as follows:

1. The hearing on the Motion for Relief is continued to August 7, 2019 at 10:00 a.m., or a date and time thereafter that is convenient to the Court.

**WEIL LAW FIRM**

Dated: May 3, 2019, 2019    By: _/s/ Diane C Weil_
Diane C Weil
Attorney for Trustee David Seror

**ALDRIDGE PITE, LLP**

Dated: May 8, 2019    By: _/s/ Josephine E. Salmon_
Josephine E. Salmon
Attorneys for *Movant* Wells Fargo Bank, N.A.

**WILLIAMS LAW GROUP APC**

Dated: May 6, 2019    By: _/s/ Allan S. Williams_
Allan S. Williams Attorney for Debtor
HENGAMEH ZADEH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 4375 Jutland Drive, Suite 200  P.O. Box 17933  San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled: STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 8, 2019 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE:**
ustpregion16.wh.ecf@usdoj.gov

**ATTORNEY FOR DEBTOR:**

Allan S Williams, allan@aswlawgroup.com
**TRUSTEE:**

David Seror (TR), aquijano@bg.law

Diane C Weil, dcweil@dcweillaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 8, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
Honorable Maureen Tighe,
United States Bankruptcy Court,
 Central District of California,
 21041 Burbank Boulevard, Suite 324  Woodland Hills, CA 91367

**LIENHOLDER:**
IRS, Department of Treasury,
Ogden, UT 84201-0039

Rockpointe Homeowners Association, 9060 Irvin Center Drive #200, Irvine, CA 92618

**BORROWER:**
Vahid Naziri, 10218 Larwin Ave. Unit 3, Chatsworth, CA 91311

**DEBTOR:**
Hengameh Zadeh, 10218 Larwin Ave. Unit 3, Chatsworth, CA 91311

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 8, 2019 | Roberto Reyes | |
|---|---|---|
| *Date* | *Printed name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2017*    Page 12    **F 4001-1.RFS.RP.MOTION**